App. Div.] Second Department, October, 1920.

Samuel Guyeff, Respondent, v. Jacob Moskowitz, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Judicial Settlement of the Account of Paul R. Atkinson, as Administrator, etc., of Elbridge C. Atkinson, Deceased. Paul R. Atkinson, Appellant; Maurice B. Atkinson, Administrator, etc., and Others, Respondents, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Estate of Terrance Brennan, Deceased.— Motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of Bronx Parkway Commission, Appellant, to Acquire Title to Lands of Robert E. Farley and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of George W. Chauncey, as Receiver in Sequestration of Pinelawn Cemetery.— Motion to resettle order denied, without costs, without prejudice to any right of the moving party to apply at Special Term to offset the judgment for costs against his judgment. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of Max Feuer, Respondent, v. Leopold Schaller, Appellant.— Motion for stay granted on condition that appellant perfect the appeal, place the cause on the November calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., Juniper Avenue, etc.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

Roswell H. L'Hommedieu, Respondent, v. Joseph Cook and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

The People of the State of New York, Respondent, v. Abraham Kafka, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the second Monday of the November term and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

The People of the State of New York, Respondent, v. Abraham Kafka, Appellant.— Motion for permission to dispense with printing of record on appeal denied. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

The People of the State of New York ex rel. Albert E. Facey, Appellant, v. John P. Leo and Others, Constituting the Board of Appeals, etc., Respondents, and Martha R. French, Intervenor.— Motion granted. It is not necessary to specify questions. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ. Settle order before Mr. Justice Blackmar.